**Fonda Kay THOMPSON, Respondent,**

v.

**James Dale THOMPSON, Appellant.**

**Nos. WD 63863, 64086.**

Missouri Court of Appeals,
Western District.

June 21, 2005.

James A. Rust, Richmond, MO, for appellant.

Gina M. Graham, Blue Springs, MO, for respondent.

Before HOLLIGER, P.J.,
BRECKENRIDGE and ELLIS, JJ.

### *ORDER*

PER CURIAM.

James Dale Thompson (Father) appeals the trial court's judgment modifying the child support provisions of the judgment dissolving his marriage to Fonda Kay Thompson (Mother). Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).